ZACHARY S. TOLSON - State Bar #242824
ANGELIQUE HERNANDEZ - State Bar #349156
GOODMAN NEUMAN HAMILTON LLP
100 Bush Street, Suite 1800
San Francisco, California 94104
Telephone:   (415) 705-0400
Facsimile:   (415) 705-0411
ztolson@gnhllp.com; ahernandez@gnhllp.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

GARY E. HASLERUD – State Bar #178023
C. HARVEY EBERSOLE – State Bar #300094
HASLERUD LAW OFFICE
410 Hemsted Drive, Suite 220
Redding, CA 96002
Telephone:   (350) 605-1418
Facsimile:   (530) 419-2252

Attorneys for Plaintiff
GEORGE CURREA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CURREA<br><br>                    Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A,, INC.; and DOES 1-50, Inclusive<br><br>                    Defendants. | Case No. 2:23-cv-02750-DMC<br><br>**JOINT STIPULATION TO CONTINUE NON-EXPERT AND EXPERT DISCOVERY DATES**<br><br>Trial Date: October 6, 2025 |

   Plaintiff GEORGE CURREA and Defendant HOME DEPOT U.S.A., INC., constituting all parties appearing in this action, through undersigned counsel of record, hereby submit this Joint Stipulation:

   WHEREAS the Parties are scheduled for a mediation on December 11, 2024.

   WHEREAS the Parties jointly agree that an extension of time is required to

-1-

**JOINT STIPULATION TO CONTINUE NON-EXPERT AND EXPERT DISCOVERY DATES**

complete the below discovery and so stipulate to continuing the below dates to the following:

1. The non-expert discovery deadline to be continued from December 11, 2024, to January 15, 2025;
2. Plaintiff's deadline to disclose expert reports be continued from December 16, 2024, to January 15, 2025;
3. Defendant's deadline to disclose expert reports be continued from January 6, 2025, to February 5, 2025;
4. Rebuttal expert witness disclosures to be continued from January 27, 2025, to February 26, 2025.

WHEREAS the required time to complete the above discovery will not affect the date in which dispositive motions may be filed.

WHEREAS the 30-day extension for non-expert and expert discovery deadlines will not affect the trial date, scheduled for October 6, 2025.

WHEREAS the Parties have been diligently conducting discovery in this matter, including extensive written discovery, document productions, and Plaintiff's deposition.

WHEREAS the Parties have met and conferred and hereby stipulate and agree that a continuance of the above deadlines will enable the Parties to attempt informal resolution of this matter at mediation on December 11, 2024, and without incurring unnecessary trial and trial-related costs and costs associated with the completion of expert discovery.

WHEREAS the Parties jointly agree that all other deadlines will remain in place.

WHEREAS the 30-day request for an extension of time to complete the above discovery is not intended to cause undue delay to the Court and will not prejudice any of the parties to this action but is meant to preserve judicial efficiency in this matter.

///

///

///

Goodman Neuman Hamilton LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Tel.: (415) 705-0400
Fax: (415) 705-0411

1    Now, therefore, IT IS HEREBY STIPULATED by and between all the parties.

2    DATED: 11-26-2024                    GOODMAN NEUMAN HAMILTON LLP

By: /s/
ZACHARY S. TOLSON
ANGELIQUE HERNANDEZ
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

8    DATED: 11-25-2024                    HASLERUD LAW OFFICE

By: /s/
GARY E. HASLERUD
C. HARVEY EBERSOLE
Attorneys for Plaintiff
GEORGE CURREA

**IT IS SO ORDERED.**

Dated:  December 2, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Goodman Neuman Hamilton LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Tel.: (415) 705-0400
Fax: (415) 705-0411

-3-

**JOINT STIPULATION TO CONTINUE NON-EXPERT AND EXPERT DISCOVERY DATES**