ZACHARY S. TOLSON - State Bar #242824
ANGELIQUE HERNANDEZ - State Bar #349156
GOODMAN NEUMAN HAMILTON LLP
100 Bush Street, Suite 1800
San Francisco, California 94104
Telephone:    (415) 705-0400
Facsimile:    (415) 705-0411
ztolson@gnhllp.com; ahernandez@gnhllp.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

GARY E. HASLERUD – State Bar #178023
TIMOTHY J. NISSON – State Bar #105226
HASLERUD LAW OFFICE
410 Hemsted Drive, Suite 220
Redding, CA 96002
Telephone:    (530) 605-1418
Facsimile:    (530) 419-2252
ghaslerud@haslerudlaw.com; tnisson@haslerudlaw.com

Attorneys for Plaintiff
GEORGE CURREA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CURREA<br><br>                        Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A,, INC.; and<br>DOES 1-50, Inclusive<br><br>                        Defendants. | Case No. 2:23-cv-02750-DMC<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that the above-captioned action is dismissed with prejudice in its entirety. Execution and filing of this Stipulation of Dismissal by counsel for Plaintiff GEORGE CURREA and Counsel for Defendant HOME DEPOT U.S.A., INC. shall constitute a dismissal of the claims in this matter with prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii).

Goodman Neuman
Hamilton LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Tel.: (415) 705-0400
Fax: (415) 705-0411

-1-

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

1    The Court shall retain jurisdiction to enforce the settlement agreement entered

2  into by the parties. The parties shall bear their own respective costs and attorneys' fees

3  arising out of, related to or incurred in the prosecution, defense and/or settlement of

4  the action.

5    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

6  DATED:  2/18/25                    GOODMAN NEUMAN HAMILTON LLP

7

8                                     By: /s/ Angelique Hernandez

9                                     ZACHARY S. TOLSON
                                      ANGELIQUE HERNANDEZ
10                                    Attorneys for Defendants
                                      HOME DEPOT U.S.A., INC.
11

12 DATED:  2/11/25                    HASLERUD LAW OFFICE

13                                    By: /s/ Timothy J. Nisson

14
                                      GARY HASLERUD
15                                    TIMOTHY J. NISSON
                                      Attorneys for Plaintiff
16                                    GEORGE CURREA

17
                                    **ORDER**
18
       The parties have filed a stipulation of voluntary dismissal.  Because the stipulation has
19
   been signed by all parties who have appeared, leave of Court is not required and the action is
20
   dismissed on the parties' notice.  See Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is
21
   directed to close this file.
22
       **IT IS SO ORDERED.**    Dated:  February 19, 2025
23

24

25
                                      DENNIS M. COTA
26                                    UNITED STATES MAGISTRATE
                                      JUDGE
27

28

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**

Goodman Neuman
Hamilton LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Tel.: (415) 705-0400
Fax: (415) 705-0411